**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Kenneth Watkins, III,<br><br>  Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Respondents. | No. CV 09-1852-PHX-DGC<br><br>**ORDER** |

Petitioner moves to voluntarily dismiss his petition for habeas relief due to vacatur of his state conviction and subsequent release from incarceration. Doc. 25. Magistrate Judge Jay R. Irwin filed a Report and Recommendation ("R & R") in favor of granting dismissal and denying a certificate of appealability. Doc. 29. No objections were filed. Good cause appearing, the Court will adopt the R & R. *See* 28 U.S.C. § 636(b)(1).

**IT IS ORDERED:**

1. The R & R (Doc. 29) is hereby **adopted** and Petitioner's habeas petition is dismissed.
2. The Clerk shall terminate this action.

Dated this 8th day of April, 2011.

_____
David G. Campbell
United States District Judge